IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**OCTOBER CAREY RAMIREZ,**

    **Plaintiff,**

vs.                                                                                                        No.  CV 21-458 KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING MOTION TO EXTEND BRIEFING DEADLINES

Upon consideration of Plaintiff's Unopposed Motion to Extend Briefing Deadlines (Doc. 21), the Court having reviewed the motion and being otherwise fully advised, FINDS that the Motion is well-taken and is GRANTED.

IT IS, THEREFORE ORDERED that Plaintiff shall file and serve her Motion to Reverse or Remand Administrative Agency Decision together with a supporting memorandum of law on or before **February 22, 2022**; on or before **April 22, 2022,** Defendant shall file and serve his response; and on or before **May 6, 2022** Plaintiff may file and serve her reply.

                                                                     */s/ Kevin Sweazea*
                                                           KEVIN R. SWEAZEA
                                                           UNITED STATES MAGISTRATE JUDGE

**Submitted by**:

 *s/ Francesca J. MacDowell*
 Francesca J. MacDowell
Attorney for Plaintiff


*Approved by email on December 16, 2021 by*:

M. Thayne Warner, Special AUSA
Attorney for Commissioner