IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**OCTOBER CAREY RAMIREZ,**

    **Plaintiff,**

vs.                                                            No.  CV 21-458 KRS

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER GRANTING SECOND MOTION TO EXTEND BRIEFING DEADLINES

Upon consideration of Plaintiff's Second Unopposed Motion to Extend Briefing Deadlines (doc. 23), the Court having reviewed the motion and being otherwise fully advised, FINDS that the Motion is well-taken and is GRANTED.

IT IS, THEREFORE ORDERED that:

On or before **April 22, 2022**, Plaintiff shall file and serve a Motion to Reverse or Remand Agency Decision with Supporting Memorandum;

On or before **June 22, 2022,** Defendant shall file and serve a Response; and

On or before **July 6, 2022**, Plaintiff may file and serve a reply.

IT IS FURTHER ORDERED that all motions, responses, replies, and supporting memoranda shall specifically cite to the administrative record for assertions of fact (e.g., AR 15) and that legal propositions shall be supported by appropriate authority.

IT IS FURTHER ORDERED that all requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Submitted by**:

 _s/ Francesca J. MacDowell_
 Francesca J. MacDowell
Attorney for Plaintiff


*Approved by email on February 17, 2022 by*:

_____
M. Thayne Warner, Special AUSA
Attorney for Commissioner