IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**OCTOBER CAREY RAMIREZ,**

    **Plaintiff,**

vs.                                                                          No. CV 21-458 KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING MOTION TO EXTEND TIME

Upon consideration of Plaintiff's Unopposed Motion to Extend Briefing Deadlines (Doc. 36), the Court having reviewed the motion and being otherwise fully advised, FINDS that the Motion is well-taken and is GRANTED.

IT IS, THEREFORE ORDERED that Plaintiff shall file and serve her reply to Defendant's response in opposition to Plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act on or before **January 31, 2023**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Submitted by**:

  *s/ Francesca J. MacDowell*
 Francesca J. MacDowell
Attorney for Plaintiff


*Approved by email on January 17, 2023 by*:

_____
Richard W. Pruett, Special AUSA
Attorney for Commissioner